**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

December 30, 2014

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
Frost Bank Plaza, Ste. 1300
802 N. Carancahua Street
Corpus Christi, TX 78401

Hon. Leah A. Greene
Kroger Burrus
3100 Weslayan, Suite 300
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Scott R. Taylor
Will W. Pierson
Royston, Rayzor, Vickery & Williams
8200 IH 10 West, Ste. 610
San Antonio, TX 78230

Re:     Cause No. 13-11-00005-CV, 13-11-00013-CV
Tr.Ct.No. C-1949-04-J(1)
Style:  BRANNAN PAVING GP, LLC D/B/A BRANNAN PAVING COMPANY v.
        PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE AGENCY, INC.
        D/B/A VALLEY INSURANCE PROVIDERS AND LEICHT GENERAL
        AGENCY

Dear Sir/Madam:

The judgment of the trial court in the above cause was REVERSED AND REMANDED by this Court on the 7/25/2013. The mandate is enclosed.

Costs of the appeal were adjudged against appellee, PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE AGENCY, INC. D/B/A VALLEY INSURANCE PROVIDERS AND LEICHT GENERAL AGENCY.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.

cc:   Hon. Joseph L. Segrato
       Hon. E. Dale Burrus
       David  W.  Green (DELIVERED VIA E-MAIL)
       Hon. Vaughan Waters (DELIVERED VIA E-MAIL)
       Hon. Brian C. Miller (DELIVERED VIA E-MAIL)
       Hon. Gregory W. Marcum
       430th District Court